

There being no evidence showing that appellant possessed the whiskey for the purpose of sale other than the presumption arising from the possession of more than a quart of whiskey, we are led to the conclusion that the jury found from the evidence that appellant had in his possession more than a quart of whiskey, and refused to accept as true appellant's evidence rebutting the presumption.

The whiskey found in the residence was before the jury for their inspection. We are unable to say from the record that this whiskey did not amount to a total of more than a quart.

If, in fact, there was a quart or less of this whiskey, then the jury resolved the issue as to the possession and control of the out-building and the liquor there found in favor of the State, and the evidence sustains such finding.

Under the prima facie evidence statute above referred to, which is binding on this court, we must hold that the evidence is sufficient to sustain the conviction.

The judgment is affirmed.

Opinion approved by the Court.

No attorneys for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction for driving a motor vehicle upon a public highway while intoxicated, with a fine of fifty dollars assessed by the court.

There is neither a statement of facts nor bill of exception brought forward in the record. All the proceedings appear regular and nothing is presented for review.

The judgment of the trial court is affirmed.

**ALVARADO v. STATE.**
No. 25022.

Court of Criminal Appeals of Texas.
Dec. 13, 1950.

Rehearing Denied Feb. 14, 1951.